IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3836

SARAH GLENN, an individual,

  Plaintiff,

v.

FLORENCE BREWING COMPANY LLC,
a limited liability company, and
HANS PRAHL, an individual,

  Defendants.

## NOTICE OF REMOVAL

Defendants Florence Brewing Company LLC and Hans Prahl (collectively "Defendants"), by and through their undersigned attorneys and pursuant to 28 U.S.C. § 1331, file this Notice of Removal from the County Court for Fremont County, Colorado (Fremont County Court), in which the above-captioned action, styled *Sarah Glenn v. Florence Brewing Company LLC and Hans Prahl*, Case No. 2020-C-30589, is now pending, to the United States District Court for the District of Colorado. Removal jurisdiction exists pursuant to 28 U.S.C. § 1331. Defendants respectfully assert the following facts to support removal:

**I.  PLEADINGS AND SERVICE**

1. On December 8, 2020, Plaintiff Sarah Glenn ("Plaintiff") initiated this action by filing a Complaint (the "Complaint") in the Fremont County Court. A true and correct copy of the Complaint is attached as Exhibit A. In the Complaint, Plaintiff asserts claims for relief under

the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*. and other state law claims. *See* Ex. A, Compl. ¶¶ 12-33.

2. Defendants were served with a Summons and Complaint on December 10, 2020. True and correct copies of the Return of Service for each Defendant are attached as Exhibits B and C. A true and correct copy of the Summons is attached as Exhibit D. This was the first date by which Defendants had receipt, through service or otherwise, of the "initial pleading setting for the claim for relief," or the "summons," within the meaning of 28 U.S.C. § 1446(b).

3. Plaintiff filed the Return of Service for both Defendants with the Fremont County Court on December 21, 2020. *See* Ex. B; Ex. C. Additionally, on December 21, 2020 Plaintiff filed an Alias Summons with the Fremont County Court; a true and correct copy of the same is attached as Exhibit E.

4. The Summons served on Defendants on December 10, 2020 indicated the Defendants were to file an Answer, otherwise respond to the Complaint, or appear before the Fremont County Court on December 21, 2020 at 9:00 am. *See* Ex. D.

5. On December 21, 2020, the Fremont County Court entered a Minute Order default against the Defendants for "Party Failed to Appear." *See* Exhibit F, Fremont County Court Register of Actions for Case No. 2020-C-30589.

6. On December 23, 2020, the Fremont County Court overturned the default and approved the Alias Summons, *see* Ex. E, holding the original Summons, Ex. D, was not served within the time period allowed by the statute. A true and correct copy of the Fremont County Court Order Reversing Default is attached as Exhibit G.

7. The documents attached to this Notice of Removal constitute all of the "process, pleadings and orders" that have been filed with the State Court or served on Defendants within the meaning of 28 U.S.C. § 1446(a): Complaint (Exhibit A); Return of Service for Defendant Florence Brewing Company LLC (Exhibit B); Return of Service for Defendant Hans Prahl (Exhibit C); Summons (Exhibit D); Alias Summons (Exhibit E); Fremont County Court Register of Actions for Case No. 2020-C-30589 (Exhibit F); and Fremont County Court Order Reversing Default (Exhibit G).

8. By filing the current register of actions and the documents filed in the State Court, Defendants certified that they have fully complied with D.C.Colo.LCivR 81.1.

## II. FEDERAL QUESTION JURISDICTION

9. For a case to be removeable from state court, the federal court must have jurisdiction. *See* 28 U.S.C. § 1441 (generally identifying removable actions). District courts have "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant." 28 U.S.C. § 1441(a).

10. Specifically, Plaintiff has alleged claims against Defendants under the FLSA, 29 U.S.C. § 201, *et seq*. *See* Ex. A, Compl. ¶¶ 21-28. Because Plaintiff's FLSA claims raise a federal question, jurisdiction in this court is appropriate pursuant to 29 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").

11. The Court has supplemental jurisdiction over Plaintiff's state law claims pursuant

to 28 U.S.C. § 1367.

### III. VENUE

12. Before Removal to this Court, this action was pending in the County Court, County of Fremont, State of Colorado. Accordingly, under 28 U.S.C. § 85 and § 1441 (a), the United States District Court for the District of Colorado is the proper venue for Removal.

### IV. TIMELINESS OF REMOVAL

13. Thirty days have not elapsed since on or after December 10, 2020, the date on which Defendants was served with the Complaint in Case No. 2020-C-30589. Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

### V. STATE COURT TO BE NOTIFIED

14. Pursuant to 28 U.S.C. § 1446(d), Defendants will file, on this same date, a Notice of Removal to Federal Court, in which the State Court will be notified of the Removal of this action to this Court. A copy of the State Notice of Removal is attached as Exhibit D.

### VI. CONCLUSION

For the reasons set forth above, Defendants respectfully remove this action from the County Court for Fremont County, Colorado, to the United States District Court for the District of Colorado.

Respectfully submitted this day, December 30, 2020.

FISHER & PHILLIPS LLP

*/s/ Katarina Niparko*
For FISHER & PHILLIPS LLP

Brett M. Wendt
Attorney Reg # 30152
Katarina L. Niparko
Attorney Reg. # 52564
FISHER & PHILLIPS LLP
1125 17th Street, Suite 2400
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651
bwendt@fisherphillips.com
kniparko@fisherphillips.com

Kevin A. Falvo
Attorney Reg. # 50959
FALVO LAW, PLLC
3235 W 23rd Ave
Denver, CO 80211
Tel: 512.820.0663
kevin@falvolegal.com

***Attorneys for Defendants***

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this day, December 30, 2020, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to:

Daniel B. Slater
Attorney Reg. # 30174
1415 Main Street, Suite A,
Cañon City, Colorado 81212
Tel: 719-269-3315,
dan@danslaterlaw.com
***Attorney for Plaintiff***

*s/ Nicole Silva*
For Fisher & Phillips LLP

6

FP 39465139.2