IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 20–cv–03836–DDD–KMT

SARAH GLENN,

    Plaintiff/Counter-Defendant,

v.

FLORENCE BREWING COMPANY, LLC, and
HANS PRAHL,

    Defendants/Counter-Claimants.

# ORDER

In accordance with the guidance from the CDC and the CDPHE, this court is attempting to minimize the need for litigants, attorneys and court personnel to gather in or near the Colorado Springs court facility. (See General Orders 2020-3, 2020-6, 2020-8, 2020-10, 2020-11, 2020-14, 2020-15, 2020-16, 2020-18, 2020-19, 2020-21, 2021-2 and 2021-3.) The court itself remains operational and is fully staffed by employees working both in the office and remotely. Under these circumstances, unless there are unusual circumstances involved in a case, the court is opting to proceed with scheduling the case deadlines without a Fed. R. Civ. P. 16 conference.

The parties have filed a Proposed Scheduling Order [Doc. No. 16] which this court has carefully reviewed. The scheduling provisions proposed by the parties are unacceptable to the court in some respects. Therefore, the Scheduling Order approved by the court will contain the following **modifications**:

Section 8(a).  The parties list one potential fact deposition each and one or two expert depositions.  Therefore, insisting on ten depositions per side, excluding experts, shows the court that no thought or planning has gone into the Scheduling Order.  Therefore, the court will allow five depositions each side, including expert witnesses.

Section 9(b) and (c).  The parties have indicated they may not call experts, or that experts will be limited.  Nevertheless, they have carved out 4 months for expert discovery after the close of fact discovery, which will delay their trial setting unnecessarily.  Therefore, the court will set new dates for discovery, including expert discovery, which will be completed prior to final discovery cut off.

| | |
|---|---|
| Discovery Cut Off: | September 30, 2021 |
| Disposition Motion Deadline: | October 29, 2020 |

Section 9(d)(2).  Limitation of two experts per side.

| | | |
|---|---|---|
| Section 9(d)(3) and (4). | Affirmative Expert Disclosure: | July 30, 2021 |
| | Rebuttal Expert Disclosure: | August 30, 2021 |

Any provisions that were proposed by one party and not specifically agreed to by the other parties, nor specifically addressed and decided by the court are deemed disputed and not adopted by the court at this time.  In all other respects, the proposed Scheduling Order is adopted.

The court specifically advises the parties that KMT Practice Standards, Section III, is fully applicable during the discovery period.  Please familiarize yourself with those provisions.  Any discovery motion which is filed without first engaging in the required Discovery Dispute Resolution Procedure outlined therein will be stricken.

Dates for a Final Pretrial Conference, Trial Preparation Conference and Trial will be set by the District Court on separate order. Please see Judge Domenico's Civil Practice Standards Section IV.A.1.

Dated February 25, 2021.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge

3