IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cv-03836-DDD-KMT

**SARAH GLENN, an individual,**

Plaintiff,

v.

**FLORENCE BREWING COMPANY LLC,**
a limited liability company, and
**HANS PRAHL, an individual,**

Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sarah Glenn ("Plaintiff") and Defendants Florence Brewing Company LLC and Hans Prahl (together, "Defendants," and collectively with Plaintiff, the "Parties"), through their respective undersigned counsel, submit this Stipulation of Dismissal With Prejudice and state the following:

1. On December 8, 2020, Plaintiff commenced a lawsuit against Defendants entitled *Sarah Glenn v. Florence Brewing Company LLC and Hans Prahl*, Case No. 2020C30589, in the County Court for Fremont County, Colorado, (the "State Court Action"), by filing a Complaint [Doc. 1-2] (the "Complaint").

2. On December 30, 2020, Defendants timely removed the State Court Action to this Court, thereby initiating the above-captioned action (the "Action").

3. Defendants responded to the Complaint on January 6, 2021, by filing Defendants' Answer and Counterclaims to Plaintiff's Complaint [Doc. 15] (the "Answer and Counterclaims"), in which Defendants asserted counterclaims against Plaintiff.

4. On February 8, 2021, Plaintiff responded to the Answer and Counterclaims by filing her Answer to Counterclaims [Doc. 16] (the "Answer to Counterclaims").

5. On April 14, 2021, Plaintiff amended her Answer to Counterclaims by filing her Amended Answer to Counterclaims [Doc. 28].

6. The Parties have reached a confidential settlement that fully resolves all claims Plaintiff has asserted and all counterclaims Defendants have asserted, respectively, in the Action.

7. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of the Action – including all claims asserted by Plaintiff and all counterclaims asserted by Defendants, respectively, in the Action – *with prejudice*, with the Parties to bear their own respective costs, expenses, and attorneys' fees.

8. As required by Fed. R. Civ. P. 41(a)(1)(A)(ii), respective undersigned counsel for the Parties, which are all parties who have appeared in the Action, have signed this Stipulation of Dismissal With Prejudice.

WHEREFORE, Plaintiff Sarah Glenn and Defendants Florence Brewing Company LLC and Hans Prahl hereby stipulate to the dismissal of all claims and counterclaims they have respectively asserted in the Action *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), bearing their own respective costs, expenses, and attorneys' fees.

Respectfully submitted this day, October 6, 2021

*s/ Daniel B. Slater*
Daniel B. Slater
Law Office of Dan Slater
1415 Main Street, Suite A
Cañon City, Colorado 81212
Telephone: (719) 269-3315
dan@danslaterlaw.com

**Attorney for Plaintiff**

*s/ Jeffrey H. McClelland*
Jeffrey H. McClelland
Brett M. Wendt
Fisher & Phillips LLP
1125 17th Street, Suite 2400
Denver, CO  80202
Telephone: (303) 218-3650
Facsimile: (303) 218-3651
jmcclelland@fisherphillips.com
bwendt@fisherphillips.com

**Attorney for Defendants**

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this day, October 6, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to:

Daniel B. Slater
Law Office of Dan Slater
1415 Main Street, Suite A,
Cañon City, Colorado 81212
Tel: 719-269-3315,
dan@danslaterlaw.com
**Attorney for Plaintiff**

                                              *s/ Carolyn Cook*
                                              Carolyn Cook
                                              For FISHER & PHILLIPS LLP